IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pamela Poole, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION  H-09-3341 |
| | § | |
| Central Credit Service, Inc., | § | |
| | § | |
|     Defendants. | § | |

## JUDGMENT

IT IS HEREBY

ORDERED that Judgment shall be entered for Plaintiff and against Defendant in the amount of One Thousand Five Hundred Dollars and 00/100 ($1,500.00), arising from Plaintiff's claims against Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.  Final judgment shall be entered in favor of the Plaintiff.  This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this ___9___ day of February, 2010.

DAVID HITTNER
United States District Judge